NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHIKEZIE OTTAH,**
*Plaintiff-Appellant,*

v.

**1ST MOBILE TECHNOLOGIES,**
*Defendant-Appellee.*

---

2012-1405

---

Appeal from the United States District Court for the Southern District of New York in case no. 10-CV-7296, Judge Colleen McMahon.

---

**ON MOTION**

---

**ORDER**

Chikezie Ottah moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 1 3 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Chikezie Ottah
    Joshua Lorentz, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 3 2012

JAN HORBALY
CLERK